UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

HOWARD J.,                                      Case No. 22-CV-731 (NEB/JFD)

           Plaintiff,

v.                                                 ORDER ACCEPTING REPORT AND
                                                                   RECOMMENDATION
KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

           Defendant.

---

The Court has received the July 28, 2023 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 22.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 22) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 17) is GRANTED IN PART AND DENIED IN PART;

3. Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED IN PART AND DENIED IN PART; and

4. The above-captioned matter is REMANDED to the Commissioner for further consideration of the opinions of Ms. Westin in accordance with 20 C.F.R. Section 404.1520c.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 15, 2023                           BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge